# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
03/01/2018
CT Log Number 532887317

TO: CSX Legal Papers
CSX Corporation
500 Water St, C160
Jacksonville, FL 32202-4423

RE: **Process Served in Illinois**

FOR: CSX Transportation, Inc. (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | EMAD HMEIDAN, PLtf. vs. CSX TRANSPORTATION, INC., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2016L001970 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 2nd day of March, 2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/01/2018 at 11:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days (after/of) receipt, not counting the day of receipt |
| **ATTORNEY(S) / SENDER(S):** | Gary B. Friedman<br>FRIEDMAN & SOLMOR, LTD.<br>200 North La Salle Street, Suite 2750<br>Chicago,, IL 60601<br>312-236-4590 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/02/2018, Expected Purge Date: 03/07/2018<br><br>Image SOP<br><br>Email Notification, CSX Legal Papers LegalPapersintake@csx.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / SB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

```
FIRM NO. 37681
2120-Served                    2121-Served
2220-Not Served                2221-Not Served
2320-Served by Mail            2321-Served by Mail
2420-Served by Publication     2421-Served by Publication
SUMMONS                        ALIAS - SUMMONS              (Rev. 12/22/92) CCG-1
```

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

EMAD HMEIDAN

    Plaintiff(s)

vs.

CSX TRANSPORTATION, INC.

No. 2018L001970
CALENDAR/ROOM B
TIME 00:00
Premises Liability

PLEASE SERVE:
CSX TRANSPORTATION, INC.
c/o CT Corporation System
208 South LaSalle, Suite 814
Chicago, IL 60604

### SUMMONS

**To each defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS _____

DOROTHY BROWN  FEB 2 3 2018
Clerk of Court

Atty No. 37681
Name FRIEDMAN and SOLMOR, LTD.
Attorney for PLAINTIFFS
Address 200 N. LaSalle St., Suite 2750
Illinois 60601
Telephone (312) 236-4590

Date of service: _____, 20___
(To be inserted by officer on copy left with defendant or other person)  City Chicago,

**Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



*  Law Division Room 801
   Chancery - Divorce Room 802
   County Division Room 801
   Probate Division Room 1202



DOC.TYPE: LAW
CASE NUMBER: 18L001970
**DEFENDANT**
CSX TRANSPORTATION INC
208 S LASALLE
CHICAGO, IL 60604
814

DIE DATE
03/18/2018

SERVICE INF
RM 801 C/O

ATTACHED

Firm No. 37681

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| EMAD HMEIDAN, | Amount Claimed: In an amount to exceed the sum of $50,000.00, plus costs |
| Plaintiff, | |
| vs. | No. |
| CSX TRANSPORTATION, INC. | |
| Defendant. | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, EMAD HMEIDAN, by his attorneys, FRIEDMAN AND SOLMOR, LTD, and in complaining of the Defendant, CSX TRANSPORTATION, INC., states as follows:

1. That on the 2nd day of March, 2016, and for some time prior thereto, the Defendant, CSX TRANSPORTATION, INC., was the owner and operator of a railroad yard in the City of Bedford Park, County of Cook, and State of Illinois.

2. That at all times pertinent hereto, the Defendant undertook to manage, operate, inspect, maintain, repair, and supervise its railroad yard referred to in (1) above.

3. That on said date, the Plaintiff, EMAD HMEIDAN, was a truck driver picking up a shipping container at the railroad yard referred to in (1) above; and was lawfully on said premises.

4. That at all times pertinent hereto, it was the duty of the Defendant in their management, operation, inspection, maintenance, repair and supervision of its railroad yard to exercise ordinary care for the safety of the Plaintiff.

5. That notwithstanding said duty, the Defendant was guilty of one or more of the following negligent acts or omissions:

    a. failed to properly illuminate the area of the railroad yard where Plaintiff was picking up his shipping container;

    b. failed to properly inspect the pavement at their railroad yard;

    c. failed to properly maintain the pavement at their railroad yard;

    d. failed to warn persons, inclusive of the plaintiff, of the dangers then and there existing when they knew or should have known of the uneven pavement at their railroad yard;

    e. failed to properly supervise the activities of workers who were responsible for maintaining the pavement at their railroad yard;

    f. failed to warn invitees at the railroad yard of the danger when they knew or should have known of the uneven pavement; and

    g. failed to properly warn of the danger of the unnatural accumulation of black ice when they knew or should have known of the imminent danger to persons in general or the Plaintiff in particular;

    h. failed to remove the unnatural accumulation of black ice to a safe area when they knew or should have known of the imminent danger to persons in general and the Plaintiff in particular;

    i. failed to warn the Plaintiff of the danger as referred to in g. through i. above by roping off the area and/or placing a sign in said area.

6. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions of the Defendant, the Plaintiff was picking up a shipping container at Defendant's railroad yard when he tripped on uneven pavement and fell on black ice causing the Plaintiff to injure various parts of his body; resulting in him experiencing pain, suffering, and mental anguish both now and in the future; requiring him to expend money for medical care and treatment; resulting in him becoming both temporarily and permanently disabled and disfigured; and resulting in him losing money due to his inability to maintain his employment for a period of time.

2

WHEREFORE, Plaintiff, EMAD HMEIDAN, prays judgment against the Defendant, CSX TRANSPORTATION, INC., in a sum of money in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

_____
GARY B. FRIEDMAN

FRIEDMAN & SOLMOR, LTD.
200 North La Salle Street, Suite 2750
Chicago, Illinois 60601
(312) 236-4590
Firm No. 36781

3